# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELO MAIETTA,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION TRUST FUND,<br><br>Defendant - Appellee. | No. 05-55865<br>D.C. No. CV-04-03851-MMM<br><br>**JUDGMENT** |



RECEIVED
CLERK, U.S DISTRICT COURT
FEB 2 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 01/27/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 21 2006
by: ___ Deputy Clerk



DOCKETED ON CM
FEB 28 2006
BY ___ 029

34